In the Matter of the Estate of CHARLES W. DUIGNAN, Deceased. HARRY J. MACKLIS, Appellant; ELLA A. DUIGNAN et al., Respondents.— Proceeding pursuant to section 231-a of the Surrogate's Court Act. Decree, insofar as appealed from, affirmed, with $10 costs and disbursements to both parties, payable out of the estate. No opinion. Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB KLEIN, Appellant.— Defendant appeals from an order of the County Court of Westchester County denying his application, in the nature of a writ of error *coram nobis*, to vacate a sentence imposed on him as a fourth felony offender and for resentence as a third offender. Defendant's first conviction was in 1912, for the crime of carrying a dangerous weapon in violation of section 1897 of the Penal Law. At that time, the statute provided that such a violation was a felony. Section 1897 was amended in 1915, prior to the date of defendant's conviction and sentence as a fourth offender, so as to constitute the same offense a misdemeanor. Defendant contends that by reason of such amendment, the 1912 conviction should not have been considered a felony conviction for the purpose of sentencing him as a fourth offender under section 1942 of the Penal Law. Order affirmed. Defendant's conviction in 1912 was for a felony under the statute as it then existed, and it is that statute which is controlling and determines the nature and degree of the crime and the applicability of section 1942 of the Penal Law. (*People ex rel. Kruger* v. *Snyder,* 261 App. Div. 352; *Matter of Emert* v. *Thorn,* 249 App. Div. 301; *People ex rel. Ackers* v. *Brophy,* 258 App. Div. 859; *People ex rel. Gwynne* v. *Lawes,* 252 App. Div. 761.) Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ., concur.

MIRIAM YANKELEVITZ et al., Individually and as Copartners Trading as YANKEE NOVELTY CO., Appellants, v. TECH-ART PLASTICS COMPANY, INCORPORATED, Respondent.— Action to recover damages for an alleged breach of contract. Order granting reargument and on such reargument adhering to the original decision denying plaintiffs' motion to open their default and to restore the action to the trial calendar affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur. [See *post,* p. 951.]

## (September 29, 1952.)

ISADORE E. BLACK et al., Doing Business as MARYTA REALTY CO., Appellants, v. GENERAL WIPER SUPPLY CO., INC., et al., Respondents.— On the court's own motion, the decision handed down September 22, 1952 (*ante,* p. 892), is amended to read as follows: Motions referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Johnston, Adel, Wenzel and Schmidt, JJ. [See *ante,* p. 807.]